UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CINDY MARTIN, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 07-5814** |
| **HARTFORD INSURANCE COMPANY, ET AL.** | * | **SECTION "L" (4)** |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant Hartford Fire Insurance Company's Motion for Partial Summary Judgment (Rec. Doc. 10), set for hearing on August 27, 2008, has been timely submitted by the Plaintiff. It is now more than two weeks since the motion was set for hearing and the Plaintiff has still not filed a response. This is not the first time that the Plaintiffs have failed to file necessary documents within the required deadlines. The Plaintiffs also failed to timely provide their disclosures or submit a joint proposed discovery plan or witness and exhibit lists. It is clear to the Court that the Plaintiffs have decided to abandon this claim.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Hartford's Motion for Summary Judgment is GRANTED and that the Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 15th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE